————o————

## No. 3521.

(Court of Appeal, Parish of Orleans.)

### CUDAHY PACKING CO. OF LA. vs. BOARD OF ASSESSORS, ET. ALS.

Appeal from Civil District Court. Division "B."

Merrick and Lewis, for Plaintiff and Appellee.

F. C. Zacharie, E. K. Skinner and H. G. Dupre, for Defendant and Appellant.

The issues in this case are similar to those in Swift & Co., Ltd., vs. Board of Assessors just decided.

MOORE, J. The issues in this case are identical with those in

Swift & Co., vs. Board of Assessors, No. 3522, and this day decided by us.

For the reasons therein assigned the judgment appealed from is affirmed.

March 6th, 1905.

Writ granted by Supreme Court, April 10th, 1905.